**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BERNICE FRIMPONG**,<br><br>Plaintiff,<br><br>-against-<br><br>**CROSSWAY FUEL INC**, **KLIGOF HOLDING CORP.**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,<br><br>Defendants. | **DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br><br>**CASE NO.: 22-cv-6655-LJL** |

I, Michael Grinblat, declare as follows:

1. I am the attorney for BERNICE FRIMPONG ("Plaintiff"), in the above-captioned action.

2. CROSSWAY FUEL INC and KLIGOF HOLDING CORP. are Defendants in the above-captioned action.

3. On August 5, 2022, Plaintiff has filed the Complaint [ECF Doc. No. 1; Exhibit 1] in this matter.

4. On August 25, 2022, service on Defendant CROSSWAY FUEL INC was made by Robert Guyette, the process server, who has personally delivered to, and left with, Amy Lesch, an Authorized Agent in the Office of New York Secretary of State, two true

copies of the Summons [ECF Doc. No. 10; Exhibit 2] and Complaint [ECF Doc. No. 1; Exhibit 1] in this action, both in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and pursuant to New York Business Corporation Law §306.

5.  Plaintiff has filed with the Court an Affidavit of Service of the Summons and Complaint on Defendant CROSSWAY FUEL INC on September 15, 2022 [ECF Doc. No. 11; Exhibit 4].

6.  On August 25, 2022, service on Defendant KLIGOF HOLDING CORP. was made by Robert Guyette, the process server, who has personally delivered to, and left with, Amy Lesch, an Authorized Agent in the Office of New York Secretary of State, two true copies of the Summons [ECF Doc. No. 9; Exhibit 3] and Complaint [ECF Doc. No. 1; Exhibit 1] in this action, both in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and pursuant to New York Business Corporation Law §306.

7.  Plaintiff has filed with the Court an Affidavit of Service of the Summons and Complaint on Defendant KLIGOF HOLDING CORP. on September 15, 2022 [ECF Doc. No. 12; Exhibit 5].

8.  The Summonses duly informed Defendants that failure to respond to the Complaint would result in default judgment for the relief demanded in the Complaint.

9.  Defendants have failed to serve and file answers, or otherwise respond, to the Complaint.

10. The applicable time limit for responding to the Complaint has now expired. Under Rule 12(a) of the Federal Rules of Civil Procedure, Defendants were required to plead, or otherwise respond, to the Complaint, by September 15, 2022.

11. With the three-day extension, under *Laina*[1], Defendants were required to plead, or otherwise respond, to the Complaint, by September 18, 2022, but have failed to do so.

12. The time for Defendants to plead, or respond, to the Complaint has not been extended by any stipulation of the parties, or any order of the Court.

13. On December 12, 2022, Plaintiff has filed with the Court the Declaration in Support of Application to Clerk for Certificate of Default [ECF Doc. No. 20], together with the attached Application to Clerk for Certificate of Default [ECF Doc. No. 20-1], as well as the Proposed Clerk's Certificate of Default [ECF Doc. No. 21].

14. Default has been certified, by the Clerk of Court, against Defendants, on December 12, 2022 [ECF Doc. No. 22; Exhibit 6], pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to file an answer, or otherwise move, with respect to Plaintiff's Complaint.

15. Defendants are legal entities, rather than natural persons, and are therefore not currently serving in the military, as evidenced by the attached Declaration Regarding Military Status.

16. Defendants are not minors or incompetent persons.

---

[1] Under *Laina v. United Cerebral Palsy of N.Y. City, Inc.*, 2012 U.S. Dist. LEXIS 1405, a defendant is entitled to three extra days to plead, or otherwise respond, to the complaint.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 15, 2022


*Michael Grinblat*

Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel:  (347) 796-0712
Fax:  (212) 202-5130
Email: michael.grinblatesq@gmail.com

4

## **CERTIFICATE OF SERVICE**

I certify that on December 15, 2022, I filed the foregoing Declaration in Support of Motion for Default Judgment with the Court via CM/ECF, which caused notice to be served upon all e-filing attorneys of record. On the same date I also served the following, via United States Mail, postage prepaid:

CROSSWAY FUEL INC
1724 Webster Avenue
Bronx, NY 10457

(Defendant CROSSWAY FUEL INC presently conducts business at the above address. That address is also listed in the database maintained by the New York State Department of State's Division of Corporations ("NYS DOC") and is used for service of process by the New York Department of State on that Defendant. That database shows neither Defendant's chief executive officer's name and address, nor its principal executive office address, nor its registered agent's name and address, nor the entity's primary location name and address. No other address for that Defendant is known to Plaintiff.)

KLIGOF HOLDING CORP.
c/o Tanen & Tanen, P.C.
1180 Avenue of the Americas, 9th Floor
New York, NY 10036

(That address for Defendant KLIGOF HOLDING CORP. is listed in the database maintained by the NYS DOC and is used for service of process by the New York Department of State on that Defendant. That database shows neither Defendant's chief executive officer's name and address, nor its principal executive office address, nor its registered agent's name and address, nor the entity's primary location name and address.)

KLIGOF HOLDING CORP.
18 Woodhaven Drive
New City, NY 10956


(That address for Defendant KLIGOF HOLDING CORP. is listed on the deed record maintained by the Office of the City Register of New York City Department of Finance. Other than the two above addresses no other address for that Defendant is known to Plaintiff.)


December 15, 2022

Respectfully submitted,


*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel:  (347) 796-0712
Fax:  (212) 202-5130
Email: michael.grinblatesq@gmail.com