**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BERNICE FRIMPONG**, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **CROSSWAY FUEL INC, KLIGOF HOLDING CORP.**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 22-cv-6655-LJL** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, BERNICE FRIMPONG (the "Plaintiff"), by and through her undersigned counsel, voluntarily dismisses, with prejudice, Defendants CROSSWAY FUEL INC, KLIGOF HOLDING CORP., JOHN DOE 1-X, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and CORPORATIONS 1-X from this action, all matters in dispute having been resolved pursuant to a confidential settlement agreement.

As of the date of this Notice, neither answers to the Complaint, nor any motions have been filed by Defendants.

Signed: February 11, 2023

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

SO ORDERED:

_____
Lewis J. Liman,
U.S. District Court Judge